UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CATHY WICKERS,

    VS                                                          CASE NO.  3:07cv290-WS

JERRY DALE UTSEY,

**JUDGMENT**

Plaintiff's complaint and this action are hereby dismissed without prejudice.

WILLIAM M. McCOOL, CLERK OF COURT

May 6, 2009                          s/ Angela Maxwell
DATE                                Deputy Clerk: Angela Maxwell

Entered On Docket: _____  By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to:_____

Document No.